UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ASHLEY WESTFALL, | Case No. 2:15-cv-01568-APG-PAL |
| Plaintiff, | ORDER |
| v. | |
| DAVID HEAVEN, et al., | |
| Defendants. | |

Before the court is Plaintiff's Ex Parte Application and Order for Enlargement of Time to Serve Summons ((Dkt. #16).  Because this matter was filed ex parte, it was also automatically filed under seal.  After reviewing the document, the court finds that the document should not be sealed.  Accordingly,

**IT IS ORDERED** that:

1.  The clerk shall unseal Plaintiff's Ex Parte Application (Dkt. #16).

2.  A hearing on Plaintiff's Ex Parte Application and Order for Enlargement of Time to Serve Summons is scheduled for **November 10, 2015, at 11:45 a.m.,** in Courtroom 3B.

DATED this 28th day of October, 2015.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1