**CHRISTINE D. BURKHART, ESQ.**
Nevada Bar No.: 9330
**RAHUL KULKARNI, ESQ.**
Nevada Bar No.:  10650
**WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP**
300 South 4th Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
Christine.Burkhart@wilsonelser.com
Rahul.Kulkarni@wilsonelser.com
Attorneys for Defendants
**DAVID HEAVEN and BEVERLY HEAVEN**

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY WESTFALL, an individual<br><br>    Plaintiff,<br><br>DAVID HEAVEN, an Individual; BEVERLY HEAVEN, an individual; AUCENCIO ROCHA, an Individual,; QUALITY CARRIERS, INC., a Foreign Corporation; TERRELL COLEMAN; an Individual; and DOES I through X, and ROES I through X,<br><br>    Defendants. | CASE NO. :  2:15-cv-01568-APG-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT SOLELY AGAINST BEVERLY HEAVEN INDIVIDUALLY WITHOUT PREJUDICE** |

COMES NOW, Plaintiff ASHLEY WESTFALL, by and through her attorneys of record, Al

Lasso, Esq. of the law firm of LASSO INJURY LAW, LLC, and Defendant BEVERLY HEAVEN,

by and through her attorneys of record, Rahul Kulkarni, Esq. of the law firm of WILSON, ELSER,

MOSKOWITZ, EDELMAN & DICKER LLP, and hereby stipulate and agree to the dismissal of

Plaintiff ASHLEY WESTFALL'S Complaint, and any and all causes of action contained therein,

solely against Defendant BEVERLY HEAVEN individually, without prejudice, with each party to

bear her own fees and costs.

///

934605v.1

This stipulation is entered into in good faith, in the interest of judicial economy and not for the purposes of delay.

Dated:   this 5th day of April, 2016.

Dated:   this 5th day of April, 2016.

**WILSON ELSER MOSKOWITZ**
  **EDELMAN & DICKER, LLP**

**LASSO INJURY LAW, LLC**

By: *[s] RAHUL KULKARNI*
   CHRISTINE D. BURKHART, ESQ.
   Nevada Bar No.: 9330
   RAHUL KULKARNI, ESQ.
   Nevada Bar No.: 10650
   300 South 4th Street, 11th Floor
   Las Vegas, NV 89101
   Attorneys for Defendants
   **DAVID HEAVEN and**
   **BEVERLY HEAVEN**

By: *[s] AL LASSO*
   AL LASSO, ESQ.
   Nevada Bar No.: 8152
   10161 Park Run Drive
   Las Vegas, NV 89145
   Attorneys for Plaintiff
   **ASHLEY WESTFALL**

## ORDER

IT IS SO ORDERED.

   Dated:  April 6, 2016.

_____
UNITED STATES DISTRICT JUDGE

934605v.1