ALVERSON, TAYLOR,
MORTENSEN & SANDERS
JONATHAN B. OWENS, ESQ.
Nevada Bar No. 7118
7401 West Charleston Blvd.
Las Vegas, NV 89117
Telephone: 702-384-7000
Facsimile:  702-385-7000
efile@alversontaylor.com
jowens@alversontaylor.com
*Attorneys for Quality Carriers, Inc.*
*and Aucencio Rocha*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY WESTFALL, an individual; | CASE NO.: 2:15-CV-01568 -APG-PAL |
| Plaintiff, | |
| vs. | |
| DAVID HEAVEN, an Individual; BEVERLY HEAVEN, an Individual; AUCENCIO ROCHA, an Individual; QUALITY CARRIERS, INC., a Foreign Corporation; TERRELL COLEMAN, an Individual; and DOES I through X, and ROES I through X, inclusive. | **ORDER** |
| Defendants. | |
| AND ALL RELATED ACTIONS | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff ASHLEY WESTFALL, by and through her attorneys of record, LASSO INJURY LAW, LLC, and Defendants QUALITY CARRIERS, INC. and AUCENCIO ROCHA, by and through their attorneys of record ALVERSON, TAYLOR, MORTENSEN & SANDERS, Defendant DAVID HEAVEN, by and through his attorneys of record WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER

1                                                                                                  21192-JBO

LLP, and Defendant TERRELL COLEMAN, by and through his attorneys of record COOPER LEVENSON ATTORNEYS AT LAW, that this matter, including any and all claims and cross-claims asserted therein, should be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

IT IS SO AGREED.

DATED this 13th day of September, 2016.

LASSO INJURY LAW, LLC

*/s/Al Lasso, Esq.*
_____
AL LASSO, ESQ.
Nevada Bar No. 8152
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
*Attorney for Plaintiff,*
ASHLEY WESTFALL

DATED this 13th day of September, 2016.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

*/s/Jonathan B. Owens, Esq.*
_____
JONATHAN B. OWENS, ESQ.
Nevada Bar No. 7118
7401 W. Charleston Blvd.
Las Vegas, NV 89117
*Attorney for Defendants,*
QUALITY CARRIERS, INC. AND
AUCENCIO ROCHA

DATED this 13th day of September, 2016.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*/s/Raul Kulkarni, Esq.*
_____
CHRISTINE D. BURKHART, ESQ.
Nevada Bar No. 9330
RAHUL KULKARNI, ESQ.
Nevada Bar No. 10650
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant,*
DAVID HEAVEN

DATED this 13th day of September, 2016.

COOPER LEVENSON ATTORNEYS AT LAW

*/s/Jonathan J. Hansen, Esq.*
_____
JONATHAN J. HANSEN, ESQ.
Nevada Bar No. 7002
1835 Village Center Circle
Las Vegas, NV 89134
*Attorney for Defendant,*
TERRELL ANTHONY COLEMAN

### **ORDER**

IT IS HEREBY ORDERED that this matter, including any and all claims and cross-claims asserted therein, is DISMISSED with prejudice, each party to bear its own fees and costs.

Dated: September 13, 2016.

_____
UNITED STATES DISTRICT JUDGE